JS - 6   **LINK: 10**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVERSIFIED PRODUCT INDUSTRIES LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SKYLINE STEEL, LLC, <br><br> Defendant. | Case No. CV 08-03288 GAF (MANx) <br><br><br> JUDGMENT |

The Court, having entered default judgment on July 24, 2009 in favor of plaintiff Diversified Product Industries Ltd. ("DPI") and against defendant Skyline Steel, LLC in the amount of $789,560.55,

Judgment is hereby entered in favor of DPI in the amount of $789,560.55 for the reasons and in the manner set forth in the Court's March 11, 2009 Memorandum and Order, March 31, 2009 Order, and July 24, 2009 Order.

**IT IS SO ORDERED.**

DATED: July 24, 2009

_____
Judge Gary Allen Fees
United States District Court

1